# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3742
_____

Dwight Alexander

*Plaintiff - Appellant*

v.

Bayview Loan Servicing, LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: June 24, 2013
Filed: June 27, 2013
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

In this diversity action, Dwight Alexander appeals from the order of the District Court[1] granting summary judgment in favor of defendant Bayview Loan Servicing,

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

LLC (BLS).  After careful consideration, <u>see</u> <u>Lieffort v. Dakota, Minn. & E.R.R.</u>, 702 F.3d 1055, 1057–58 (8th Cir. 2013) (standard of review), we conclude that BLS was entitled to summary judgment for the reasons stated by the District Court. Accordingly, we affirm.  We deny as moot Alexander's pending motion.

———————————————